## (April 6, 1961)

■ In the Matter of the Arbitration between A. J. PASCH, as Chairman of the Atlantic and Gulf/West Coast of South America Conference, and CHEMOLEUM CORPORATION. (And Two Other Proceedings.) — Motion for leave to reargue or for leave to appeal to the Court of Appeals and for a stay denied, with $10 costs. The stay contained in the order to show cause dated March 27, 1961 is vacated. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. MARTIN SCHULMAN.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before April 25, 1961, with notice of argument for the June 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Valente, McNally, Steuer and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. CEASAR GOINGS.— Motion for an enlargement of time granted insofar as to extend the time for defendant-appellant to serve and file the record on appeal and appellant's points to and including August 15, 1961, with notice of argument for the September 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Valente, McNally, Steuer and Bastow, JJ.

■ In the Matter of GEORGE WILLIAMS v. JOSEPH KELLY, as Commissioner. — Motion to dismiss proceeding granted and the proceeding dismissed, with $10 costs to the respondent. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.

■ ZOE C. WAGNER v. HEINZ WAGNER.— Motion for leave to appeal as a poor person granted insofar as to permit the appeal to be heard on the original record, without printing the same, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the type-written or mimeographed appellant's points upon the attorney for defendant-respondent and files 6 typewritten or 19 mimeographed copies of appellant's points, together with the original record, with this court. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.

■ ESTHER MARTON et al. v. MERRITT J. McCASLAND.— Motion for a stay granted on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before August 15, 1961, with notice of argument for the September 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.

■ RHEA S. KATZ et al., Individually and as Administratrices of the Estate of ABRAHAM SCHARFMAN, Deceased, et al. v. ISIDORE SCHARFMAN et al.— Motion for a stay granted to the extent of staying the examinations before trial of the parties herein until 10 days after service of a copy of the order of this court determining said appeal, on condition that the appellants procure the record on appeal and appellants' points to be served and filed on or before May 11, 1961, with notice of argument for May 23, 1961, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.

■ JACQUELINE SAGER v. JACOB SAGER.— Motion for a stay granted only insofar as to stay the enforcement of the provisions of the judgment appealed from directing the payment of $2,688.45 for counsel fees and disbursements on condition that the appellant files an undertaking, within 10 days after the entry of this order, as security for the payment of said sum, with interest thereon, in the event the aforesaid provision of the judgment is affirmed or modified. In all other respects, the motion is denied. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.